**No. 52907.**—Irma Ruth Weiss *v.* United States, protest 131581–K (New York).

Opinion by JOHNSON, J.   An examination of the record indicated that the collector was not satisfied that the articles were in possession of plaintiff during the year prior to her departure for this country.   Inasmuch as nothing appeared

of record before the court sufficient to establish that the collector's assessment was not justified, the protest was overruled.